

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Joseph Tyrone Nichols,

Vs. No. 11-15-00005-CR

The State of Texas,

\* From the 350th District
Court of Taylor County,
Trial Court No. 9080-D.

\* June 30, 2016

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.